# CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: PAUL P. BELLO    JOINT DEBTOR:_____    CASE NO.:_____
Last Four Digits of SS# 6912    Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 100.00 for months 1 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $1,500.00
                  Balance Due    $ 2,000.00    payable $ 80.00 /month (Months 1 to 25 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1._____    Arrearage on Petition Date  $_____
Address:_____    Arrears Payment  $_____/month (Months ___ to ___)
                             Regular Payment  $_____/month (Months ___ to ___)
                             Regular Payment  $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $0 | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
                      Payable    $_____/month (Months___ to ___) Regular Payment $_____
                      Payable    $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 10.00 /month (Months 1 to 25 ) and Pay $ 90.00 /month (Months 26 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtor is surrendering the homestead property located on 7665 SW 106 Ave, Miami FL 33173 directly to secured creditors, HSBC/ms (7339) and Chase-mnhtn (4402), outside of this plan. The Debtor will direct pay secured creditor Kendalltown HOA Inc. The Debtor is making monthly auto loan payments on a 2005 Ford Five Hundred directly to secured creditor, Chase Manhattan (0903), outside of this plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Paul Bello_____    _____
Debtor                           Joint Debtor
Date: 2/10/11                    Date:_____

LF-31 (rev. 12/01/09)